UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Patrick Healy,

    Plaintiff,

versus

First Rate Mortgage Corp. and
Robert J. Ross,

    Defendants.

07-60996

CIV-ZLOCH

MAGISTRATE JUDGE
SNOW

FILED by _____ D.C.
INTAKE
JUL 16 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • Ft. LAUD.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT WITH JURY REQUEST

The Complaint with Jury Request of Patrick Healy avers:

### Statutes

1. Plaintiff brings this action under the Fair Labor Standards Act of 1938 ("FLSA"), *as amended*, 29 U.S.C. § 201 *et seq.*, to recover unpaid minimum wages, overtime wages, an additional equal amount as liquidated damages, pre-judgment and post-judgment interest, costs and expenses of this litigation, and reasonable attorneys' fees.

### Jurisdiction

2. This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because this matter arises under the laws of the United States of America, specifically the Fair Labor Standards Act of 1938, *as amended*, 29 U.S.C. § 201 *et seq.* (hereinafter "FLSA" or "the Act").

3. This Court has supplemental jurisdiction over the state law claim herein for unpaid wages/commissions.

## Parties Plaintiff

4. Plaintiff herein is **Patrick Healy**, a person of full age of majority, domiciled and residing in Broward County, Florida.

## Parties Defendant

5. Defendant herein is **First Rate Mortgage Corp.**, a Foreign Profit Corporation authorized to do and doing business in Florida.

6. At all relevant times, Defendant has owned and operated a mortgage services business with locations at 6030 Hollywood Boulevard, Suite 130, Hollywood, Florida 33024, and 1521 Alton Road, Suite 800, Miami Beach, Florida 33139, and within the jurisdiction of this Court.

7. At all relevant times, Defendant was and is an enterprise engaged in commerce or in the production of goods for commerce pursuant to Sections 3(r) and 3(s) of the FLSA, 29 U.S.C. §§203(r) and 203(s).

8. At all relevant times herein, Defendant had annual gross receipts exceeding $500,000.00.

9. At all relevant times herein, Defendant regularly owned and operated a business, and utilized goods which moved in interstate commerce.

10. At all relevant times herein, Defendant had at least one employee engaged in "interstate commerce" under the FLSA.

11. At all relevant times, Defendant directed and controlled the terms, conditions, activities, duties, and responsibilities of Plaintiffs' and similarly situated employees' employment, and hence was their employer and/or joint employer under the FLSA.

12. Defendant herein is **Robert J. Ross**, a person of the full age of majority, upon information and belief domiciled and residing in Broward County, Florida.

13. At all relevant times, Robert J. Ross acted directly or indirectly in the interest of First Rate Mortgage Corp. in relation to Plaintiff and similarly situated employees, and directed its business activities, and is therefore an employer pursuant to the provisions of 29 U.S.C. § 203(d).

## Facts

14. Plaintiff was employed by Defendants as a Loan Officer from approximately late May or early June 2005 through approximately August 1, 2005, at Defendant's location at 6030 Hollywood Boulevard, Suite 130, Hollywood, Florida 33024, in Broward County, Florida.

15. Plaintiff frequently worked over forty hours per week, but did not receive any overtime pay from Defendants.

16. Plaintiff was not paid all wages and commissions Defendant First Rate Mortgage Corp. agreed to pay him.

17. Defendants did not pay Plaintiff minimum wages during the weeks he worked for them.

### COUNT 1 of 3:
### Fair Labor Standards Act Overtime Claims/
### against both defendants

18. The allegations contained in paragraphs 1 through 17 are reasserted herein and incorporated by reference herein.

19. Pursuant to 29 U.S.C. § 207, Defendants were required not to employ Plaintiff for a workweek longer than forty hours without paying him compensation at rates not less than one and one-half times the employee's regular rate of pay.

20. During the employment of Plaintiff, Plaintiff frequently worked over forty hours in a

21. workweek.

22. However, Defendants negligently, without good faith, knowingly, intentionally, and/or in bad faith, and continually and as a continuing violation, failed to pay to him all overtime compensation in violation of the FLSA, including 29 U.S.C. § 207(a).

22. Pursuant to 29 U.S.C. § 201 et seq., Plaintiff is entitled to recover from Defendant his unpaid overtime compensation, an additional equal amount as liquidated damages, pre-judgment and post-judgment interest, and is entitled to other appropriate legal and equitable relief in the premises, all costs of these proceedings, and attorneys' fees.

## COUNT 2 of 3:
### Fair Labor Standards Act Minimum Wage Claims; against both defendants

23. The allegations contained in paragraphs 1 through 17 are reasserted herein and incorporated by reference herein.

24. Pursuant to 29 U.S.C. § 201 et seq., Defendants were required not to employ Plaintiff without paying minimum wages.

25. During the employment of Plaintiff, there was one or more workweeks in which he was not paid minimum wages.

26. Defendants negligently, without good faith, knowingly, intentionally, and/or in bad faith, and continually and as a continuing violation, failed to pay him all minimum wages in violation of the FLSA.

27. Pursuant to 29 U.S.C. § 201 et seq., Plaintiff is entitled to recover from Defendant his unpaid minimum wages, an additional equal amount as liquidated damages, pre-judgment and post-judgment interest, and is entitled to other appropriate legal and equitable relief

in the premises, all costs of these proceedings, and attorneys' fees.

## COUNT 3 of 3:
### Breach of contract for failure to pay wages/commissions; against First Rate Mortgage Corp. only

28. The allegations contained in paragraphs 1 through 17 are reasserted herein and incorporated by reference herein.

29. Defendant First Rate Mortgage Corp. agreed to pay Plaintiff wages and commissions for his services as a mortgage loan officer.

30. However, Defendant First Rate Mortgage Corp. breached that agreement, paying him a fraction of the wages and commissions to which he is entitled.

31. Plaintiff is entitled to recover from said Defendant his underpaid wages and commissions for his services as a mortgage loan officer, pre-judgment and post-judgment interest, and is entitled to other appropriate legal and equitable relief in the premises, all costs of these proceedings, and attorneys' fees under F.S. 448.08.

### Jury Request

32. Plaintiffs request a trial by jury for all issues so triable.

### Prayer

WHEREFORE, Plaintiff, Patrick Healy, prays that after due proceedings, there be judgment rendered herein in his favor, and against First Rate Mortgage Corp. and Robert J. Ross, in the full amount of his unpaid and/or underpaid minimum wages, wages and/or commissions, overtime compensation, plus equal amounts as liquidated damages, pre-judgment and post-judgment interest, costs and expenses, attorneys' fees, and all other damages to which he may be entitled to in the premises.

Respectfully submitted:

_____
STEVEN F. GROVER (Fla. Bar No. 131296)
LAW OFFICE OF STEVEN F. GROVER
ONE E. BROWARD BLVD., SUITE 700
FT. LAUDERDALE, FL 33301
TEL. (954) 356-0005/FAX (954) 356-0010
E-MAIL: LAWHELP@EARTHLINK.NET
*PLAINTIFFS' COUNSEL*

Healy.Complaint.FLSA.071607

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

MAGISTRATE JUDGE
SNOW

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
PATRICK HEALY

07-60996

**DEFENDANTS**
FIRST RATE MORTGAGE CORP. AND ROBERT J. ROSS

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: BROWARD
(EXCEPT IN U.S. PLAINTIFF CASES)

CIV-ZLOCH

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

FILED by ___ D.C.
INTAKE
JUL 16 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
STEVEN F. GROVER, PA, ONE E. BROWARD BLVD., #700, FT. LAUDERDALE, FL 33301  954-356-0005

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, **BROWARD**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

0:07CV60996-WJZ-LSS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

MINIMUM WAGES AND OVERTIME PAY UNDER THE FAIR LABOR STANDARDS ACT, 29 USC 201

LENGTH OF TRIAL
via 3 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
JURY DEMAND: ☒ YES  ☐ NO
CHECK YES only if demanded in complaint:

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 7/16/07
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 540491   AMOUNT 350.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____